UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MARIA MACIAL-MEZA,<br><br>Defendant. | CASE NO.: 22-CR-2654-JO<br><br>Hon. Jinsook Ohta<br><br>[~~PROPOSED~~] ORDER |
|---|---|

UNOPPOSED MOTION HAVING BEEN ENTERED by the parties, and GOOD CAUSE appearing, IT IS HEREBY ORDERED that sentencing for Mr. Macial-Meza be advanced to January 20, 2023, at 9:00 a.m. with a Criminal History Report rather than a PSR.

**SO ORDERED.**

Dated: 12/16/22

Hon. Jinsook Ohta
District Court Judge